S. ROBERT TAYLOR, Respondent, v. L. C. SMITH & CORONA TYPEWRITERS, INC., Appellant.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [179 Misc. 290.]